UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MELISSA ISHAKI,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 2:19-cv-00558-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff Ishaki and Defendant BMW Financial Services, LLC's ("BMW FS") Stipulation Staying Claims against Defendant BMW FS Only Pending Arbitration (ECF No. 18), filed on May 21, 2019.

Plaintiff and Defendant BMW FS agree to stay all claims asserted in this action against Defendant BMW FS pending arbitration of those claims only. The Court grants the parties' stipulation to stay claims against Defendant BMW FS. Plaintiff and Defendant BMW FS shall file a status report promptly informing the Court when the arbitration is set, a status report if the parties reach a resolution, as well as a status report on **November 29, 2019** and every six months afterward. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Ishaki and Defendant BMW Financial Services, LLC's Stipulation Staying Claims against Defendant BMW FS Only Pending Arbitration (ECF No. 18) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff and Defendant BMW FS shall file a status report promptly informing the Court when the arbitration is set, a status report if the parties reach a resolution, as well as a status report on **November 29, 2019** and every six months afterward as necessary.

Dated this 29th day of May, 2019.

　　　　　　　　　　　　　　　　　　　　　　　_George Foley Jr._
　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE